# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE, | Case No. 1:13-cv-01936 AWI DLB PC |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | [THIRTY-DAY DEADLINE] |
| LAURIE HILL, et al., | |
| Defendants. | |

Plaintiff Gregory Ell Shehee ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 21, 2013. He names Unit Supervisor Laurie Hill, Shift Lead Samantha Perryman, Unit Supervisor Chris Grijalva, Behavior Specialist Matt Collins, Psychiatrist Dr. Joseph, Unit Supervisor Samantha Perryman, Shift Lead Christy Beeler, W.R.P. Nurse Stephanie Mulligan, P.T. Sajeel, and Trust Officers Yvonne Beuster and Debi Phillips as Defendants.

On October 20, 2014, the Court dismissed the complaint for failure to state a claim for relief. Plaintiff was granted thirty (30) days to file an amended complaint. On November 5, 2014, Plaintiff filed a motion for appointment of counsel. On November 12, 2014, the Court denied his request. On December 1, 2014, Plaintiff filed a pleading wherein Plaintiff states he became legally blind on November 1, 2014. He requests that the proceedings be stayed pending surgery for his eyes.

1

Plaintiff will be granted an extension of time of thirty days to file his amended complaint. Plaintiff is advised that the Court will not stay proceedings indefinitely. Plaintiff does not state if and when he is to have surgery, and based on his two filings following the Court's order to amend, it is apparent that Plaintiff is able to continue litigating his case despite his alleged blindness.

Accordingly, it is HEREBY ORDERED that Plaintiff is GRANTED an extension of time of thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   **December 8, 2014**                    /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE